# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH AGUILAR,<br><br>        Petitioner,<br><br>    v.<br><br>ERIC ARNOLD,<br><br>        Respondent. | Case No. CV 15-1766-JEM<br><br>JUDGMENT |

    In accordance with the Memorandum Opinion and Order filed concurrently herewith, IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: July 29, 2016

                                                      */s/ John E. McDermott*
                                                      JOHN E. MCDERMOTT
                                        UNITED STATES MAGISTRATE JUDGE